USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2025

**Perkins Coie**

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

January 28, 2025

Gene W. Lee
GLee@perkinscoie.com
D. +1.212.261.6825
F. +1.212.977.1638

Hon. Margaret M. Garnett
District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Conexus LLC v. Datadog, Inc., Case No. 24-cv-09998-MMG (S.D.N.Y.)

Dear Judge Garnett:

I represent defendant Datadog, Inc., in the action identified above.

The complaint in this action was filed on December 29, 2024. The summons and complaint were served on January 10, 2025. The current deadline for Datadog to answer or otherwise respond to the complaint is January 31, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i).

Datadog respectfully requests a 45-day extension of time of the deadline to answer or otherwise respond to the complaint, which would extend the deadline to March 17, 2025. Counsel for Datadog were recently engaged for this matter, and the reason for the proposed extension is to afford counsel sufficient time to assess the case and to respond to the complaint appropriately.

There have been no previous requests for extension of time of this deadline.

Plaintiff Conexus consents to the requested 45-day extension.

A scheduling order has not yet been entered in the action, so no other previously scheduled dates would be affected by the requested extension.

Sincerely,

/s/ Gene Lee

Gene W. Lee

---

GRANTED. Defendant's deadline to respond to the Complaint is hereby EXTENDED until **March 17, 2025**. Accordingly, the Initial Pretrial Conference previously scheduled for March 20, 2025 is ADJOURNED to **April 17, 2025 at 9:30 a.m.**, and the deadline for the parties' pre-conference submissions is likewise EXTENDED until **April 10, 2025.**

SO ORDERED. Dated January 29, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE