**Perkins Coie**

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2025

February 27, 2025

Gene W. Lee
GLee@perkinscoie.com
D. +1.212.261.6825
F. +1.212.977.1638

Hon. Margaret M. Garnett
District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Conexus LLC v. Datadog, Inc., Case No. 24-cv-09998-MMG (S.D.N.Y.)

Dear Judge Garnett:

I represent defendant Datadog, Inc., in the action identified above. This letter motion requests an extension of time for Datadog to answer or otherwise respond to the complaint.

The complaint in this action was filed on December 29, 2024. The summons and complaint were served on January 10, 2025. The original deadline for Datadog to answer or otherwise respond to the complaint was January 31, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i).

On January 28, 2025, Datadog filed a letter motion requesting a 45-day extension of time to extend the deadline to respond to the complaint to March 17, 2025. ECF No. 12. The Court granted that motion. ECF No. 13.

Datadog respectfully requests a further two-week extension of time to answer or otherwise respond to the complaint, which would extend the deadline to March 31, 2025. The reason for the proposed extension is to afford Datadog and its counsel sufficient time to assess the case and to respond to the complaint appropriately.

As noted above, there has been one previous request for extension of time of this deadline.

Plaintiff Conexus consents to the requested two-week extension.

Hon. Margaret M. Garnett
February 27, 2025
Page 2

A scheduling order has not yet been entered in the action, so no other previously scheduled dates would be affected by the requested extension.

                                      Sincerely,

                                      /s/ Gene Lee

                                      Gene W. Lee

GWL:gwl

> GRANTED. The deadline for Defendant to respond to the Complaint is hereby EXTENDED until **March 31, 2025**. The Initial Pretrial Conference remains scheduled for April 17, 2025, and the deadline for the parties' pre-conference submissions remains April 10, 2025, *see* Dkt. No. 13.
>
> SO ORDERED. Dated March 3, 2025.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE